# EXHIBIT C

To: John Textor |   

Mon, Jan 6, 11:30 AM

Hey John! Valentine here and Happy New Year. Kindly wanted to figure out short term budgets prior to our meeting with Sergey later this month. Appreciate your feedback on our chain, know you have a busy month.

Tue, Jan 7, 3:33 PM

Hey John, following up again here.

