# EXHIBIT E

## Resignation Notice  Inbox ×

**Valentine Uhovski** <valentine.uhovski@paddle8.com>　　　　　　　　　　　　　　　　　　　　　　　　Wed, Feb 12, 9:57 AM
to John, chsu99, Peter, bcc: ValentineNY

Dear John and the respective Paddle8 board,

This is my resignation notice from the company. I'm committed to working with you through the appropriate transition.

I took on this job with the best of plans and assurances. The latter have not been met. For the last two and a half months, our team has struggled with lack of communication, support, and transparency from this board. This series of events has harmed the value of the asset and the morale of some of the most valuable employees and contacts.

I have a fundamental disagreement with the board's chairman on how our partners and contractors should be treated. I cannot in good faith continue as a CEO of a company until our most valued clients are paid out and respected. This business is built on trust, collaboration, and relationships with our employees and external parties.

I truly cherish this brand and our staff, and joined Paddle8 to elevate and to grow this amazing organization. I don't want to be part of its irresponsible dissolution.

I thank you for the opportunity and hope to part of the resolution.

Sincerely,
Valentine Uhovski

--



**Valentine Uhovski**
CEO
107 Norfolk Street, New York, NY 10002