UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>P8H, INC. d/b/a PADDLE 8,<br><br>Debtor, | Case No.: 20-10809 (SMB)<br><br>Chapter 11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ESTATE OF P8H, INC. D/B/A PADDLE 8,<br><br>Plaintiff,<br><br>v.<br><br>VALENTINE UHOVSKI, ISABELA DEPCZYK, NORMAN HANSON, CHRISTOPHER HSU, PETER RICH, SERGEY SKATERSCHIKOV,<br><br>Defendant. | Adv. Pro. No. 20-01081 (SMB) |

### NOTICE OF MOTION TO DISMISS THE AMENDED ADVERSARY COMPLAINT AGAINST VALENTINE UHOVSKI

PLEASE TAKE NOTICE that, upon the December 3, 2020 Declaration of Valentine Uhovski and all exhibits attached thereto, and the accompanying memorandum of law, Defendant Valentine Uhovski, by his attorneys, Condon & Forsyth, LLP, will move this Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Courthouse, One Bowling Green, New York, New York, in Room 723, on **January 6, 2021, at 10:00 a.m.** (the "Hearing Date") to dismiss the amended adversary complaint against him with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further related relief as this Court deems just and proper.

1

PLEASE TAKE FURTHER NOTICE that any response or objection to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, and all Local Rules, and served so as to be received no later than **December 30, 2020, at 4:00 p.m.** and any reply must be served so as to be received no later than **January 4, 2021 at 4:00 p.m.**

Dated: December 3, 2020
      New York, New York

**CONDON & FORSYTH LLP**

/s/ Joseph E. Czerniawski
Joseph E. Czerniawski
Matthew D. Emery
7 Times Square, 18th Floor
New York, New York 10036
Tel: (212) 490-9100
Fax: (212) 370-4453

*Attorneys for Valentine Uhovski*

**TO:**

THE LAW OFFICES OF RICHARD J. CORBI PLLC
Richard J. Corbi, Esq.
1501 Broadway, 12th Floor
New York, New York 10036
Telephone: (646) 571-2033
Email: rcorbi @corbilaw.com

*Counsel for the Official Committee of Unsecured Creditors*

2