# EXHIBIT D

To: **John Textor** 

Tue, Jan 7, 3:33 PM

> Hey John, following up again here. We're at very, very urgent fall payables situation not including our upcoming payroll. We really need to try to figure out short term budget allotment prior to our meeting late next week. Thanks in advance for your input.

Thu, Jan 16, 10:13 AM

