UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>P8H, INC. d/b/a PADDLE 8,<br><br>Debtor, | Case No.: 20-10809 (DSJ)<br><br>Chapter 11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ESTATE OF P8H, INC. D/B/A PADDLE 8,<br><br>Plaintiff,<br><br>v.<br><br>VALENTINE UHOVSKI, ISABELA DEPCZYK, NORMAN HANSON, CHRISTOPHER HSU, PETER RICH, SERGEY SKATERSCHIKOV,<br><br>Defendants. | Adv. Pro. No. 20-01081 (DSJ)<br><br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (made applicable by Fed. R. Bankr. P. 7041), the Plaintiff Official Committee Of Unsecured Creditors of the Estate of P8H, Inc. D/B/A PADDLE 8, by and through its counsel, Richard J. Corbi, hereby voluntarily dismisses this action against the remaining Defendants Isabella Depczyk, Norman Hanson, Christopher Hsu, Peter Rich and Sergey Skaterschikov with prejudice and without costs being awarded to any party.

Dated: New York, New York
      December 22, 2021

**THE LAW OFFICES OF RICHARD J. CORBI PLLC**

 */s/ Richard J. Corbi*
Richard J. Corbi
1501 Broadway, 12th Floor
New York, New York 10036

*Counsel for the Official Committee of Unsecured Creditors*